UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10136
Summary Calendar

_____

JAMES ERIC LOFTON,

Plaintiff-Appellant,

versus

DAVID LOFTON, CO 3; JOSEPH LAUGHLIN; STANLEY H.
WENDELL, Lt.; KIMBERLY ADAMS; RONALD DREWRY;
CHARLES BELL, Asst. Warden; CRAIG RAINES,
Assistant Warden; JAMES McGONAGILL; MARIANNE
MUNSELLE; JOHN DOE; GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION; JAIME QUINTANILLA, Captain; TERRY H. WORDEN;
SAMMY G. GOMEZ; ERIC HAMILTON; DARREN D. PORTER;
DEBBEE M. HARMS, Craft Shop Supervisor; CLIFTON
HOLLEY; SHERMAN L. ISENBURG, Lt.; GARY DODDS, Lt.;
MICHAEL EULENFELD; WADE S. HAYNES; BOBBY MORRISON,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(1:96-CV-321)
_____

December 17, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

James Eric Lofton, Texas prisoner # 616132, appeals an order

of the district court requiring him to pay, in monthly

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

installments, the full filing fee in the district court to commence his *pro se*, *in forma pauperis* civil rights action.  The Prison Litigation Reform Act (PLRA) amended 28 U.S.C. § 1915 to require a prisoner seeking to bring a civil action to pay the full amount of a filing fee.  *See* § 1915(b)(1) and (2).  The PLRA applies to this case, and the district court did not err by assessing the full filing fee.  The motions for appointment of counsel, for injunctive relief, and to expedite the appeal are **DENIED.**

Lofton's appeal is without arguable merit and thus frivolous. *See **Howard v. King***, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is **DISMISSED.**  5TH CIR. R. 42.2.  We caution Lofton that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Lofton is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

*APPEAL DISMISSED; MOTIONS DENIED; SANCTIONS WARNING ISSUED*